Grace SIMPKINSON, Executrix of the Estate of Robert M. Kerr, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8298.

Circuit Court of Appeals, Fifth Circuit.

Dec. 8, 1937.

George G. Tyler, of New York City, and Richard H. Wilmer, of Washington, D. C., for petitioner.

S. Dee Hanson, John J. Pringle, Jr., J. Louis Monarch, and Sewall Key, Sp. Assts. to Atty. Gen., James W. Morris and Robert H. Jackson, Asst. Attys. Gen., and Morrison Shafroth and William E. Davis, of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

### PER CURIAM.

On the authority of Bogardus v. Commissioner of Internal Revenue, 58 S.Ct. 61, 82 L.Ed. ——, decided November 8, 1937, a rehearing is granted, our former decision, 89 F.2d 397, is set aside, and the judgment of the Board of Tax Appeals is reversed.